# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Ervin Lee Bolling | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:24-MJ-284 |

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ervin Lee Bolling

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: willfully injuring and committing a depredation against property of the United States and said damage to said property exceeded $1,000

in violation of 18, United States Code, Section(s) 1361.

JOHN K. LARKINS III
Name of Issuing Officer

*Signature of Issuing Officer*

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Apr 02 2024
KEVIN P. WEIMER, Clerk
By: L. Glaser
Deputy Clerk

United States Magistrate Judge
Title of Issuing Officer

April 2, 2024
Atlanta, Georgia
Date and Location

Bail Fixed at $_____   by_____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____   _____
                                                 Name and Title of Arresting Officer

Date of Arrest:_____   _____
                                                 Signature of Arresting Officer